**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-CV-21695-ALTMAN/Lett**

**TYLER ULRICH**,

*Plaintiff*,

*v.*

**CITY OF MIAMI**,

*Defendant*.
________________________________/

**PLAINTIFF'S *UNOPPOSED* MOTION TO FILE**
**A SHORT SUR REPLY TO THE CITY OF MIAMI'S MOTION TO DISMISS**

Plaintiff, Tyler Ulrich, *pro se*, respectfully requests the Court's permission to file a short sur reply brief to the City of Miami's Motion to Dismiss. In support, Plaintiff states:

1. The City of Miami's Reply Brief (ECF No. 18) raised new factual and legal arguments that were not encompassed by its Motion to Dismiss, nor by the Plaintiff's Response.

2. Indeed, the City of Miami concedes the Reply Brief raised new arguments. *See, e.g.*, Reply at 6 (ECF No. 18) (alleging that "circumstances changed between the parties during the briefing of the Motion to Dismiss").

3. The City's Reply Brief also attached a correspondence (ECF No. 18-1)—which the City prepared two weeks *after* filing its Motion to Dismiss in this action—that the City relies on to assert an entirely new argument for dismissal. *See* ECF No. 18-1.

4. Unless the Court were to disregard Reply Brief, the Plaintiff would appreciate an opportunity to respond to it.

5. Accordingly, the Plaintiff requests leave to file a sur reply, of no more than five pages, to be filed within ten days.[1]

6. The Defendant consents to Plaintiff's request for leave to file a sur reply brief.

Dated: July 2, 2025.

*/s/ Tyler Ulrich*
Tyler Ulrich
Florida Bar 94705
100 SE 2nd Street, Suite 2800
Miami, FL 33131
tulrich@bsfllp.com
Tel: (305) 539-8400
Fax: (305) 539-1307

***Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, I caused the forgoing document to be served via electronic mail on counsel of record in this case.

*/s/ Tyler Ulrich*
Tyler Ulrich

[1] Alternatively, the Plaintiff would be pleased to address these issues at oral arguments on the Motion to Dismiss, should the Court find a hearing to be useful.